# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **DOCKET NO.** 3:23cr187-RJC |
| **v.** | **BILL OF INDICTMENT** |
| **MALACHI NICHOLAS GIBSON** | **Violation:** 18 U.S.C. § 922(g)(1) |

### THE GRAND JURY CHARGES:

### COUNT ONE
(*Possession of a Firearm by a Felon*)

On or about August 26, 2022, within the Western District of North Carolina, the defendant,

### MALACHI NICHOLAS GIBSON,

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Glock model 36 .45 caliber semiautomatic pistol, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 18 U.S.C. § 924 and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 924 and/or Section 2461(c): all firearms or ammunition involved or used in the violations set forth in this First Superseding Bill of Indictment.

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

    a.      a Glock model 36 .45 caliber semiautomatic pistol; and

    b.      .45 caliber ammunition.

A TRUE BILL

███████████████████████

FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

TAYLOR G. STOUT
ASSISTANT UNITED STATES ATTORNEY

2